KAMER ZUCKER ABBOTT
Gregory J. Kamer     #0270
Carol Davis Zucker   #2543
Nicole A. Young      #13423
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
Email: gkamer@kzalaw.com
Email: czucker@kzalaw.com
Email: nyoung@kzalaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CORNELE A. OVERSTREET, Regional Director of the Twenty-Eighth Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board,<br><br>        Plaintiff,<br><br>vs.<br><br>AIR TRAFFIC MANAGEMENT CONSULTING INC.,<br><br>        Defendant. | CASE NO. 2:15-cv-01637-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Cornele A. Overstreet, by and through his counsel of record, hereby stipulates and agrees that the above referenced action brought against Defendant Air Traffic Management Consulting Inc. shall be dismissed with each party to bear its own attorneys' fees and costs.

///
///
///
///
///
///

WHEREFORE, the parties respectfully request that the above referenced action brought against Defendant Air Traffic Management Consulting Inc. shall be dismissed with each party to bear its own attorneys' fees and costs.

DATED this 16th day of September, 2015.

| NATIONAL LABOR RELATIONS BOARD | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ Nathan A. Higley<br>Nathan A. Higley<br>300 South Las Vegas Boulevard,<br>Suite 4-901<br>Las Vegas, Nevada 89101<br>Tel: (702) 388-6062<br>Fax: (702) 388-6248<br><br>Attorney for Plaintiff<br>Cornele A. Overstreet | By: /s/ Nicole A. Young<br>Gregory J. Kamer       #0270<br>Carol Davis Zucker   #2543<br>Nicole A. Young       #13423<br>3000 W. Charleston Boulevard, Suite 3<br>Las Vegas, Nevada 89102-1990<br>Tel. (702) 259-8640<br>Fax (702) 259-8646<br><br>Attorneys for Defendant<br>Air Traffic Management Consulting, Inc. |

**ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: September 16, 2015.

_____
UNITED STATES DISTRICT JUDGE